UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>        Petitioner,<br><br>  vs.<br><br>ROBERT J. AYERS, JR.,* Acting Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. CIV. F-92-5471-AWI-P<br><br><u>DEATH PENALTY CASE</u><br><br>Notice of Case Management Conference<br><br>DATE:    October 16 , 2006<br>TIME:    2:00 p.m. |

TO: Petitioner Ronald L. Sanders ("Sanders") and Respondent Robert J. Ayers, Jr., Acting Warden of San Quentin State Prison ("the State"), by and through their respective attorneys,

    NOTICE IS GIVEN that on October 16, 2006 at 2:00 p.m., a telephonic Case Management Conference will be held to discuss the litigation of the evidentiary hearing remand in this action. *See Sanders v. Brown*, 171 Fed. Appx. 588 (9th Cir. 2006) (mandate issued August 10, 2006).

    The Guide to Case Management and Budgeting in Capital Habeas Cases,

_____

\* Robert J. Ayers, Jr. is substituted for his predecessor as Acting Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

Eastern District of California, Fresno Division[1] (hereafter the "Attorney Guide") provides an overview of the process for capital habeas corpus cases in this Court. Counsel for Sanders are directed to familiarize themselves with the Attorney Guide. Particular attention should be given to information about case management procedures and matters governing payment rates for appointed counsel, investigators, and experts. *See* Attorney Guide, ¶¶ 7, 9. Since the procedures for establishing reimbursement rates for CJA counsel have changed in recent years, any change from the prior rates established for counsel in this case will require an application supported by a completed Rate Justification Worksheet (Appendix A to the Attorney Guide). This application may be submitted to the Court confidentially.

Budget forms will be electronically transmitted to counsel. *See* Attorney Guide, ¶ 10. A preliminary budget for Phase IV of the litigation must be presented and approved before any reimbursement for professional services will be authorized. *See* Attorney Guide, ¶¶ 44-48. As specified in the Attorney Guide, the proposed budget and application, including supporting declarations, should be submitted to the Court under seal.[2]

The Case Management Conference ("CMC") is set for October 16, 2006, at 2:00 p.m., and will be held telephonically. Sanders' proposed budget for Phase IV should be presented to the Court without delay, but should be filed no later than one calendar week prior to the CMC. The purpose of the CMC will be to discuss any issues which may affect the evidentiary hearing, such as the time

---

[1] The Attorney Guide is posted on the Court's website, under Attorney Info, Fresno, Forms.

[2] Sealed applications are submitted by mail and scanned into the Court's electronic filing system by Court Clerk's Office staff. The original documents are then returned to counsel.

1  needed to prepare for the hearing, any discovery issues, any stipulations, how
2  evidence will be received, and possible settlement.
3       After the Case Management Conference, the Court will enter an order
4  setting dates for the evidentiary hearing, any pre-hearing discovery, and any
5  other filing the Court may deem necessary.

9  IT IS SO ORDERED.
10 **Dated:    August 25, 2006**            /s/ Anthony W. Ishii
   b64h1h                                   UNITED STATES DISTRICT JUDGE