UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>           Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., Acting Warden of San Quentin State Prison,<br><br>           Respondent. | Case No. CIV. F-92-5471-AWI-P<br><br><u>DEATH PENALTY CASE</u><br><br>Notice of Continuance of Case Management Conference<br><br>DATE:    December 4 , 2006<br>TIME:    3:00 p.m. |

TO: Petitioner Ronald L. Sanders ("Sanders") and Respondent Robert L. Ayers, Jr., Acting Warden of San Quentin State Prison ("the State"), by and through their respective attorneys,

      NOTICE IS GIVEN that the Case Management Conference of October 17, 2006, is continued to December 4, 2006 at 3:00 p.m.

      The Case Management Conference ("CMC") will discuss the litigation of the evidentiary hearing remand in this action and will be held telephonically. The Court will initiate the conference call.  Counsel for Sanders shall file a motion to substitute lead counsel, along with a request for appropriate hourly rates of compensation for counsel, by November 17, 2006.  *See* Judicial Council of the

1  Ninth Circuit's Amended CJA Capital Habeas Costs Policy.   Sanders may wait
2  until after the December 4th conference before filing a proposed budget for
3  Phase IV.  Counsel for Sanders will be compensated for all reasonable work
4  performed in the interim.
5      After the Case Management Conference, the Court will enter an order
6  setting dates for the evidentiary hearing, any pre-hearing discovery, and any
7  other filing the Court may deem necessary.

9  IT IS SO ORDERED.

10 **Dated:  October 17, 2006**              /s/ Anthony W. Ishii
   b64h1h                                   UNITED STATES DISTRICT JUDGE

OCMCphIVSnd                           2