1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD L. SANDERS,

               Petitioner,

   vs.

ROBERT J. AYERS, JR., Acting
Warden of San Quentin State Prison,

               Respondent.

Case No. CIV. F-92-5471-AWI-P

DEATH PENALTY CASE

Order Granting Motion for
Appointment of New Lead
Counsel

On November 28, 2006, Petitioner Ronald L. Sanders ("Sanders"), a state prisoner facing capital punishment, filed a request for appointment of new lead counsel to represent him in his continuing federal habeas proceedings.  On March 2, 1993, Robert Collins, Esq., of Faegre & Benson, was appointed as lead counsel, and Nina Rivkind, Esq., was appointed as second counsel to represent Sanders in his federal proceedings.  Mr. Collins passed away October 29, 2002, while Sanders' federal petition was on appeal before the Ninth Circuit.  Mr. Collins' associate, Eric J. Jorstad, moves for appointment as lead counsel in his stead.

Mr. Jorstad has been extensively involved in Sanders' case since the appointment of Mr. Collins, and is admitted to the State Bar of California

1  *pro hac vice* for this case.  Mr. Jorstad was appointed as lead counsel to

2  represent Sanders in state proceedings by the California Supreme Court on

3  October 29, 2003.

4

5  Good cause appearing,

6       Eric Jorstad, Esq., is appointed as lead counsel to represent Sanders

7  for all purposes in these proceedings.  The appointment of Robert Collins,

8  Esq., as lead counsel is vacated.  Nina Rivkind, Esq., shall remain

9  appointed as second counsel for Sanders.

10

11

12

IT IS SO ORDERED.

13

**Dated:    November 29, 2006              /s/ Anthony W. Ishii**

14  b64h1h                                   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

OApptCnslSnd                              2