UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>           Petitioner,<br><br>   vs.<br><br>ROBERT L. AYERS, JR., Acting Warden of San Quentin State Prison,<br><br>           Respondent. | Case No. CIV. F-92-5471-AWI-P<br><br><u>DEATH PENALTY CASE</u><br><br>Notice of Case Management Conference, Filing of Joint Statement re: Evidentiary Hearing<br><br>DATE:   March 26, 2007<br>TIME:   1:30 p.m. |

TO: Petitioner Ronald L. Sanders ("Sanders") and Respondent Robert L. Ayers, Jr., Acting Warden of San Quentin State Prison ("the State"), by and through their respective attorneys,

    NOTICE IS GIVEN that a Case Management Conference will be held March 26, 2007 at 1:30 p.m.

    The Case Management Conference ("CMC") will discuss the potential schedule for evidentiary hearing, including setting dates for discovery and pre-trial statements and motions, and will be held telephonically. The Court will initiate the conference call.

    The parties shall meet and confer regarding the issues to be addressed at

1  the CMC, and shall file a joint statement, setting forth the anticipated discovery,
2  the type and number of witnesses, the types of evidentiary submissions, and an
3  estimated timeline for completion of the hearing, by March 8, 2007.

5  IT IS SO ORDERED.

6  **Dated:    February 2, 2007**                     /s/ Anthony W. Ishii
   b64h1h                                        UNITED STATES DISTRICT JUDGE