IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>　　　　　　　　　　　　　Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>　　　　　　　　　　　　　Respondent. | Case No. CIV. F-92-5471-LJO-P<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME** |

GOOD CAUSE APPEARING, Respondent's application for a two-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on April 19, 2007.

IT IS SO ORDERED.

DATED:   April 18, 2007

　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　United States District Judge