UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>        Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., Warden<br>of San Quentin State Prison,<br><br>        Respondent. | Case No. CIV. F-92-5471-LJO-P<br><br>DEATH PENALTY CASE<br><br>Order Setting Schedule for<br>Evidentiary Hearing |

      A telephonic Case Management Conference ("CMC") was held in the case of Petitioner Ronald L. Sanders ("Sanders") on May 9, 2007, at 8:30 a.m., before the Honorable Judge Lawrence J. O'Neill, to discuss the status of scheduling the evidentiary hearing following the Ninth Circuit's remand.  The case management plan and budget under consideration covers Phase IV: Pre-hearing Discovery, Evidentiary Hearing, and Final Briefing.

      Appearances were made telephonically by Eric Jorstad and Nina Rivkind, counsel for Sanders, and Deputies Jane Kirkland and Brian Alvarez, of the California Attorney General's Office, counsel for Respondent Robert L. Ayers, Jr. ('the State").  The parties discussed the progress made in preparing for the first stage of the evidentiary hearing, whether Sanders would have changed his mind had Hoover investigated and discussed the potential effect of mitigation with

him.  The following schedule is established:

1. June 15, 2007: Petitioner to file his proposed list of witnesses, which shall include the general nature of the expected testimony;

2. June 29, 2007: The State to file their proposed list of witnesses, which shall include the general nature of the expected testimony[1];

3. October 5, 2007: Both parties shall file their initial, or supplemental, declarations of fact witnesses;

4. December 21, 2007: The depositions of fact witnesses shall be completed;

5. February 21, 2008: Both parties shall file the reports of their expert witnesses;

6. May 21, 2008: The depositions of expert witnesses shall be completed;

7. July 11, 2008: Both parties shall file any motions in limine, including any requests for a protective order;

8. August 1, 2008: Any opposition to the motions in limine shall be filed;

9. August 15, 2008: The Joint Pre-Trial Statement shall be filed;

10. September 5, 2008: A pre-trial conference and a hearing on the motions in limine will be held at a time to be specified later;

11. October 27 - 31, 2008: Five day evidentiary hearing.

IT IS SO ORDERED.

DATED:   May 9, 2007

                                                            /s/ Lawrence J. O'Neill
                                                United States District Judge

---

[1] The State indicated a need to know which witnesses Sanders was proposing and the general nature of the anticipated testimony before their witness list could be compiled.