UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR., Warden<br>of San Quentin State Prison,<br><br>    Respondent. | Case No. CIV. F-92-5471-LJO-P<br><br>DEATH PENALTY CASE<br><br>Order Granting Petitioner's<br>Motion for Extension of Time |

GOOD CAUSE APPEARING, Petitioner's application for a three-day enlargement of time in which to file a response in this matter is hereby GRANTED. Petitioner's response is due on June 8, 2007.

IT IS SO ORDERED.

DATED:   May 31, 2007

                                                                                  /s/ Lawrence J. O'Neill

                                                                               United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

OCMC5phIVSnd                                    2