UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>   Petitioner,<br><br> vs.<br><br>ROBERT L. AYERS, JR., Warden<br>of San Quentin State Prison,<br><br>   Respondent. | Case No. CIV. F-92-5471-LJO-P<br><br><u>DEATH PENALTY CASE</u><br><br>Order Granting Petitioner's<br>Request to Take Deposition to<br>Preserve Testimony |

  Petitioner Ronald L. Sanders ("Sanders") filed a request to take the deposition of his maternal aunt, Ima Salie, in order to preserve her testimony. Sanders indicates Ms. Salie is 68 years old and has a serious medical condition which requires surgery, as well as other medical problems which increase the risks of surgery. Ms. Salie's surgery could take place as early as the middle of August, 2007. Sanders seeks to preserve her testimony on the issues to be litigated at both stages of the evidentiary hearing: Sanders' decision not to present mitigation evidence and the possible mitigation which could have been presented had Sanders agreed to present mitigation.

  Sanders indicates counsel for Respondent does not object to taking Ms. Salie's deposition in order to preserve her testimony, provided he or another

1  deputy attorney general is available to participate.  Sanders asserts counsel for
2  both parties are cooperating in scheduling the earliest possible time for this
3  deposition in or near Gardnerville, Nevada.
4       Sanders' request to take the deposition of Ima Salie is GRANTED.  Counsel
5  is advised to request amendment to the budget should the funds previously
6  approved be insufficient.

8  IT IS SO ORDERED.

10 DATED:   July 26, 2007

                                           /s/ Lawrence J. O'Neill
                                           United States District Judge