FILED
OCT - 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS, | NO. CIV. 1-92-5471-LJO |
|  | **DEATH PENALTY CASE** |
| Petitioner, |  |
| v. |  |
| ROBERT L. AYERS, JR., WARDEN, San Quentin State Prison, |  |
| Respondent. |  |

**STIPULATED ORDER SHORTENING TIME**

The parties, petitioner Ronald L. Sanders, and respondent, Robert L. Ayers, Warden, by their undersigned attorneys, agree to and propose the following order and respectfully request that the Court enter an order adopting and approving it.

It is hereby ORDERED that:

Petitioner may notice his Motion for Discovery and Motion for Supplemental Protective Order to be heard on October 22, 2007, the same date noticed for the hearing on Respondent's Motion for Discovery. Respondent has consented to the shortening of the time provided under the Local Rules for Petitioner's motions to be heard on that date.

STIPULATED ORDER SHORTENING TIME

1

1

2
    Dated: October 1, 2007                        FAEGRE & BENSON LLP

3

4
                                                s/Eric E. Jorstad
                                                Eric E. Jorstad, MN Atty #216987, *pro hac vice*

5
                                                ejorstad@faegre.com
                                                2200 Wells Fargo Center

6
                                                90 South Seventh Street
                                                Minneapolis, MN 55402-3901

7
                                                Telephone: (612) 766-7000
                                                Fax: (612) 766-1600

8
                                                and

9
                                                Nina Rivkind, Cal. Bar No. 79173
                                                nrivkind@aol.com

10
                                                P.O. Box 5273
                                                Berkeley, CA 94705

11
                                                Tel: (510) 548-3217

12
                                                Attorneys for Petitioner

13

14
    Dated: October 1, 2007                        STATE OF CALIFORNIA
                                                DEPARTMENT OF JUSTICE

15

16
                                                s/Brian Alvarez
                                                Eric Christoffersen, Cal. Bar No. 186094

17
                                                eric.christoffersen@doj.ca.gov
                                                Brian Alvarez, Cal. Bar No. 178036

18
                                                brian.alvarez@doj.ca.gov
                                                1300 I Street, Suite 125
                                                P.O. Box 944255

19
                                                Sacramento, CA 94244-2550
                                                Phone: (916) 324-5244

20
                                                Attorneys for Respondent

21

22

23
                           STIPULATED ORDER SHORTENING TIME

1  SO ORDERED.
   Dated: October 2, 2007

2  _____
   LAWRENCE J. O'NEILL
3  Judge of the United States District Court

   fb.us.2330395.01
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                              STIPULATED ORDER SHORTENING TIME
                                            3