**FILED**

OCT -4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY **J. HELLINGS**
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>  Petitioner,<br><br>  v.<br><br>ROBERT L. AYERS, JR.,<br>WARDEN, San Quentin<br>State Prison,<br><br>  Respondent. | NO. CIV. 1-92-5471-LJO<br>**DEATH PENALTY CASE**<br><br>**STIPULATED PROTECTIVE ORDER** |

The parties, petitioner Ronald L. Sanders, and respondent, Robert L. Ayers, Warden, by their undersigned attorneys, agree to and propose the following protective order and respectfully request that the Court enter an order adopting and approving it.

It is hereby ORDERED that:

1. The provisions of this Order shall apply to any item or information to which a claim of privilege attaches, including the following:

STIPULATED PROTECTIVE ORDER
1

      a.    any production to respondent of documents from defense counsel's files, whether provided voluntarily or pursuant to court order;

      b.    any discovery statements or deposition testimony made to respondent by Mr. Sanders, his trial attorney, Frank Hoover, any investigators, experts, or other ancillary personnel employed or retained by or appointed to assist them before or during trial (hereafter referred to collectively as the "trial defense team"), or any other attorneys, investigators or experts who have represented or consulted with Mr. Sanders at any time in connection his legal claims in this case and any other ancillary personnel employed or appointed to assist them since trial, who are called by Petitioner as witnesses (hereafter referred to collectively as the "post-conviction defense team");

      c.    any interviews of any member of the trial defense team or post-conviction defense team, including but not limited to any audio or video recordings, notes, memoranda or other tangible thing(s) memorializing or purporting to memorialize any part of such interview(s);

      d.    any declarations served by Petitioner on Respondent by any witness who is or was at any time a member of the trial defense team or post-conviction defense team; and

   e. any information contained in these documents, discovery statements, interviews, declarations or deposition testimony or derived directly or indirectly from them.

The information described in this paragraph 1, subparts a – e, is referred to as "Protected Information" herein.[1]

  2. This order does not preclude the presentation of Protected Information to witnesses during witness interviews, depositions, or during the evidentiary hearings in the District Court; any such presentation within these proceedings does not affect any claim of privilege by Mr. Sanders, and after any such presentation no tangible "Protected Information" shall remain in the possession of the witness.

  3. In the event the parties later file pleadings or briefs that reference documents or information deemed Protected Information, the pleadings or briefs shall be filed under seal to obviate the need to seek a further court order to file such pleadings or briefs under seal.

  4. If Mr. Sanders voluntarily discloses documents or does not object to a request for production of documents, or if the Court orders documents disclosed to respondent, with or without an *in camera* inspection, the documents shall be produced as follows:

---

[1] It is understood that the confidentiality of testimony taken in future Court hearings in this matter remains open for resolution at a later date.

1    a. Each page of the materials to be produced to respondent
2 will be marked with a consecutive page number, e.g., Bates-stamped, in
3 the lower right corner or some other consistent location so that every
4 page can be identified by a distinctive number.
5    b. Each page of the materials to be produced to respondent
6 will be marked, "CONFIDENTIAL: SUBJECT TO PROTECTIVE
7 ORDER".
8    c. All documentary evidence produced by either party shall
9 be marked with identifiers unique to this proceeding to facilitate
10 reference to such documents in this and any future proceedings.
11 5. All Protected Information may be used only by counsel for
12 respondent in the Office of the California Attorney General and persons
13 working under their direct supervision and may be used only for purposes of
14 litigating the claims presented in Mr. Sanders's petition for writ of habeas
15 corpus pending before this Court. Respondent shall keep sealed and
16 confidential all Protected Information. Disclosure of any Protected Information
17 shall not be made to any other persons or agencies, including any law
18 enforcement or prosecutorial personnel or agencies without prior authorization
19 of the Court ordered on a motion by respondent and after Mr. Sanders has had
20 an opportunity to object. Any such motion by respondent shall be filed and
21 served upon counsel for Mr. Sanders with fifteen days' notice, shall state the
22
23

1  specific information respondent it seeks to disclose and the grounds for such

2  disclosure, and shall be filed under seal.

3      6.     This order shall continue in effect after the conclusion of these

4  habeas corpus proceedings and specifically shall apply in the event of a retrial

5  of all or any portion of Mr. Sanders's criminal case. The Court shall maintain

6  continuing jurisdiction over this matter for the purpose of enforcing the

7  provisions of this order and imposing appropriate sanctions for any violation.

8      7.     Respondent and the Court recognize that Mr. Sanders contends

9  that any disclosure in this action of Protected Information does not constitute a

10 waiver of his rights under the Fifth and Sixth Amendments to the United States

11 Constitution in the event of any retrial.

Dated: September 19, 2007            FAEGRE & BENSON LLP

                                                     s/Eric E. Jorstad
                                                     Eric E. Jorstad, MN Atty #216987, *pro hac vice*
                                                     ejorstad@faegre.com
                                                     2200 Wells Fargo Center
                                                     90 South Seventh Street
                                                     Minneapolis, MN 55402-3901
                                                     Telephone: (612) 766-7000
                                                     Fax: (612) 766-1600

                                                     and

                                                     Nina Rivkind, Cal. Bar No. 79173
                                                     nrivkind@aol.com
                                                     P.O. Box 5273
                                                     Berkeley, CA 94705
                                                     Tel: (510) 548-3217

                                                     Attorneys for Petitioner

1

2   Dated: September 19, 2007                    STATE OF CALIFORNIA
                                                 DEPARTMENT OF JUSTICE
3

4                                                s/Brian Alvarez
                                                 Eric Christoffersen, Cal. Bar No. 186094
5                                                eric.christoffersen@doj.ca.gov
                                                 Brian Alvarez, Cal. Bar No. 178036
6                                                brian.alvarez@doj.ca.gov
                                                 1300 I Street, Suite 125
7                                                P.O. Box 944255
                                                 Sacramento, CA 94244-2550
8                                                Phone: (916) 324-5244

9                                                Attorneys for Respondent

10

11  SO ORDERED.
    Dated:  10-4-07
12                                               _____
                                                 LAWRENCE P. O'NEILL
13                                               Judge of the United States District Court

    fb.us.2305466.01
14

15

16

17

18

19

20

21

22

23                              STIPULATED PROTECTIVE ORDER
                                              6