1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   RONALD L. SANDERS,                   )  Case No. 1:92-cv-05471-LJO
                                         )
10                      Petitioner,      )
                                         )  DEATH PENALTY CASE
11       vs.                             )
                                         )
12  ROBERT L. AYERS, JR., Warden         )  Order Regarding In Camera
    of San Quentin State Prison,         )  Review and Granting in Part
13                                       )  Respondent's Motion for
                        Respondent.      )  Discovery
14  _____ )

15          Respondent Robert L. Ayers, Jr. ("the Warden") filed a motion for

16  discovery of the files from Sanders' trial, the documents from trial counsel Frank

17  Hoover, defense investigators, and independent counsel Robert Cook.  Petitioner

18  Ronald L. Sanders ("Sanders") agreed the Warden should be permitted to inspect

19  and copy documents relating to the investigation, preparation, and handling of

20  the penalty phase of his trial, but objected to disclosure of documents relating to

21  the guilt phase.  The Warden replied the stipulated protective order sufficiently

22  protects Sanders' rights, conceded any protected information cannot be used

23  outside this habeas case, and asserted documents from the guilt phase are

24  necessary to evaluate whether trial counsel's conduct was reasonable.  Following

25  a telephonic hearing the Warden's motion was granted as to material relevant to

26  penalty and to Sanders' opposition to present a penalty defense.  Sanders was

ordered to submit any material deemed not relevant to these issues for in camera review by the Court.  Sanders lodged the disputed documents under seal November 9, 2007.

Following review of the lodged documents, they have been assigned the following categories[1]: (1) Notes written by Sanders; (2) Notes written by Hoover or Simrin (counsel for co-defendant Cebreros); (3) Documents related to defense investigation: (a) photos, documents; and (b) reports produced by defense investigators; (4) Documents related to trial (e.g., Reporter's Transcript, pleadings, CALJIC, police reports); and (5) Other: (a) communication by counsel and blank pages; and (b) legal research.  None of the documents submitted for in camera review mention Sanders' opposition to presenting a penalty defense.

The documents in categories 3a, 4, and 5b shall be disclosed to the Warden as part of the requested discovery.  There is nothing confidential about, or contained in, these documents, and any occasional notes do not reveal anything which was not revealed at the trial.  The notes from Sanders, Hoover and other counsel, and notes and reports from defense investigators shall not be disclosed.

All discovery shall be turned over to counsel for the Warden within ten court days from the date of this order.

IT IS SO ORDERED.


DATED:    November 16, 2007

                                           /s/ Lawrence J. O'Neill
                                    United States District Judge


---

[1] See attached index of documents: shaded columns contain identification information provided by counsel, non-shaded columns contain the Bates numbers and the assigned categories.

ATTACHMENT A

**Sanders v. Ayers, 1:92-cv-05471-LJO**

Documents Lodged for In Camera Review, 11/9/07

| Bates Number | Date | Log Description | Glt/Pen | Category |
|---|---|---|---|---|
| FH0001 | Not Shown | Copy of Driver's License (guilt inv.) | Guilt | 3a |
| FH0002 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0003 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0004 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0005 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0006 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0007 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0008 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0009 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0010 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0011 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0012 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0013 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0014 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0015-0024 | 04/13/1981 | Pretrial Pleading[2] | Guilt | 4 |
| FH0025-0069 | 04/03/1981 | Pretrial Pleading | Guilt | 4 |
| FH0070-0075 | 07/16/1981 | Pretrial Pleading | Guilt | 4 |
| FH0076-0080 | 06/24/1981 | Pretrial Pleading (Notice of Evidence in Aggravation) | Penalty | |
| FH0081-0092 | 06/11/1981 | Pretrial Pleading re bail | Guilt | 4 |
| FH0093-0096 | 04/03/1981 | Pretrial Pleading | Guilt | 4 |
| FH0097-99 | 04/03/1981 | Pretrial Pleading | Guilt | 4 |
| FH0100-0104 | 07/09/1981 | Pretrial Pleading | Guilt | 4 |

---

[2] Pretrial Pleading indicates documents relating to the guilt and special circumstance phase, except where noted.

| FH0105-0110 | 07/__/1981 | Pretrial Pleading | Guilt | 4 |
| FH0111-0116 | 07/06/1981 | Pretrial Pleading | Guilt | 4 |
| FH0117-0121 | 06/25/1981 | Pretrial Pleading | Guilt | 4 |
| FH0122-0129 | 06/30/1981 | Pretrial Pleading | Guilt | 4 |
| FH0130-0133 | 06/28/1981 | Pretrial Pleading (DA's Opp. to Def. Mtn/Preclude Evid in Aggravation) | Penalty | |
| FH0134-0144 | 06/11/1981 | PC § 190.3 Notice | Penalty | |
| FH0145-0152 | 06/25/1981 | Objections to PC § 190.3 Notice | Penalty | |
| FH0153-0162 | 04/13/1981 | Pretrial Pleading | Guilt | 4 |
| FH0163-0165 | 09/18/1981 | Pretrial Pleading re bail | Guilt | 4 |
| FH0166-0169 | 02/09/1981 | Discovery Order (guilt & penalty) | Guilt & Penalty | |
| FH0170-0171 | 04/03/1981 | Motion for Discovery re special circumstances (Hoover) (guilt phase) | Guilt | 4 |
| FH0172-0176 | 06/11/1981 | Pretrial Pleading | Guilt | 4 |
| FH0177-0188 | 06/11/1981 | Pretrial Pleading re bail | Guilt | 4 |
| FH0189-0201 | 04/13/1981 | Pretrial Pleading | Guilt | 4 |
| FH0202-0208 | 05/20/1981 | Pretrial Pleading | Guilt | 4 |
| FH0209-0214 | 04/13/1981 | Pretrial Pleading | Guilt | 4 |
| FH0215-0218 | 03/27/1981 | Motion for Discovery re special circumstances (Simrin) (guilt phase) | Guilt | 4 |
| FH0219-0228 | 02/__/1982 | Motion for New Trial | Guilt | 4 |
| FH0229-0237 | 06/15/1981 | Pretrial Pleading re bail | Guilt | 4 |
| FH0238-0240 | 04/07/1982 | Correspondence to client (appeal) | | 5a |
| FH00241-0251 | 09/23/1981 | Note & Draft Pleadings | Guilt | 241 - 2 242-51 - 4 |
| FH0252-0263 | 06/11/1981 | Pretrial Pleading re bail | Guilt | 4 |
| FH0264-0271 | 05/20/1981 | Pretrial Pleading | Guilt | 4 |
| FH0272-0278 | 01/18/1982 | Requested Jury Instructions (guilt phase - Simrin) | Guilt | 4 |
| FH0279-0307 | 05/19/1981 | Research: Jury Selection | Guilt | 5b |

| FH0308-0317 | 02/__/1982 | Draft Pleading with notes (guilt phase) | Guilt | 4 |
| FH0318-0327 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0328-0329 | 11/23/1981 | Subpoena (guilt inv.) | Guilt | 4 |
| FH0330 | Not Shown | Notes re evidence (guilt inv.) | Guilt | 2 |
| FH0331 | Not Shown | Notes re evidence (guilt inv.) | Guilt | 2 |
| FH0332-0333 | 06/29/1981 | Requested Jury Instructions (guilt phase - DA Tauzer) | Guilt | 4 |
| FH0334 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0335-0337 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0338-0339 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0340 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0341 | Not Shown | Research re: Jury Instruction (guilt phase) ?? | Guilt | 4 |
| FH0342 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0343 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0344-0352 | 1981 | Blank Verdict Form (guilt phase) | Guilt | 4 |
| FH0353-0360 | 1981 | Blank Verdict Form (guilt phase) | Guilt | 4 |
| FH0361 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0362-0363 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0364 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0365 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0366 | Not Shown | CALJIC with notes (guilt phase) | Guilt | 4 |
| FH0367 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0368-0369 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0370-0372 | 01/__/1982 | Requested Jury Instructions (guilt phase - Hoover) | Guilt | 4 |
| FH0373 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0374 | Not Shown | CALJIC with notes (guilt phase) | Guilt | 4 |
| FH0375 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0376 | Not Shown | CALJIC with notes (guilt phase) | Guilt | 4 |
| FH0377-0378 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |

| FH0379 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
|---|---|---|---|---|
| FH0380-0386 | 07/24/1981 | Requested Jury Instructions (guilt phase - Simrin) | Guilt | 4 |
| FH0387 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0388-0396 | 1981 | Blank Verdict Form (guilt phase) | Guilt | 4 |
| FH0397 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0398 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0399-0400 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0401-0406 | 01/18/1982 | Pleading re Jury Instructions (guilt phase - DA Tauzer) | Guilt | 4 |
| FH0407 | Not Shown | CALJIC | Guilt | 5b |
| FH0408 | Not Shown | Notes re Jury Instructions (guilt phase) | Guilt | 2 |
| FH0409-0410 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0411 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0412-0413 | Not Shown | Notes re Jury Instructions (guilt phase) | Guilt | 4 |
| FH0414-0415 | 1982 | Proposed Jury Instructions (guilt phase - DA Tauzer) | Guilt | 4 |
| FH0416-0425 | 1982 | Blank Verdict Form (guilt phase) | Guilt | 4 |
| FH0426 | Not Shown | Requested Jury Instructions with notes (guilt phase - Simrin) | Guilt | 4 |
| FH0427-0428 | Not Shown | Research re: Jury Instruction (guilt phase) | Guilt | 4 |
| FH0429 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0430 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0431 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0432 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0433 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0434 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0435 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0436 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0437 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0438 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |

| FH0439 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
|--------|-----------|----------------------|-------|---|
| FH0440 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0441 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0442 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0443 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0444 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0445 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0446 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0447 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0448 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0449 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0450 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0451 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0452 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0453 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0454 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0455 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0456 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0457 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0458 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0459 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0460 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0461 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0462 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0463 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0464 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0465 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0466 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0467 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0468 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0469 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |

| FH0470 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
|---|---|---|---|---|
| FH0471 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0472 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0473 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0474 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0475-0476 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0477 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0478 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0479 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0480 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0481-0482 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0483 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0484 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0485 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0486 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0487 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0488 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0489 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0490 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0491-0492 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0493-0494 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0495 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0496-0497 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0498 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0499 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0500 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0501 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0502 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0503 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0504 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0505-0506 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |

| | | | | |
|---|---|---|---|---|
| FH0507 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0508 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0509 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0510 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0511 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0512 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0513 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0514-0515 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0516 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0517 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0518 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0519 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0520-0521 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0522 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0523 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0524 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0525-0526 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0527-0528 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0529 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0530-0531 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0532-0533 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0534 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0535-0536 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0537 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0538 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0539 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0540 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0541 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0542 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0543 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |

OReDiscMtnsSnd

| FH0544-0545 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
|---|---|---|---|---|
| FH0546-0547 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0548 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0549-0550 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0551-0552 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0553 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0554 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0555-0556 | Not Shown | Jury Instruction (guilt phase) | Guilt | 4 |
| FH0557 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0558 | Not Shown | Jury Instructions with notes (guilt phase) | Guilt | 4 |
| FH0559 | Not Shown | Jury Instructions with notes (guilt phase) | Guilt | 4 |
| FH0560 | Not Shown | Jury Instructions with notes (guilt phase) | Guilt | 4 |
| FH0561 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0562 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0563 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0564 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0565 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0566 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0567 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0568 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0569 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0570 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0571 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0572 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0573 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0574 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0575-0576 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0577 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |

| FH0578 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0579 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0580 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0581-0582 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0583 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0584 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0585 | 06/04/1981 | Order denying writ (Ct. App.)[3] | Guilt | 4 |
| FH0586-0588 | 06/04/1981 | Motion (Ct. App.) | Guilt | 4 |
| FH0589 | 05/26/1981 | Order (Ct. App.) | Guilt | 4 |
| FH0590 | 05/11/1981 | Order (Ct. App.) | Guilt | 4 |
| FH0591 | 05/01/1981 | Order (Ct. App.) | Guilt | 4 |
| FH0592-0593 | 05/22/1981 | Pleading (Ct. App.) | Guilt | 4 |
| FH0594 | 06/04/1981 | Order (Ct. App.) | Guilt | 4 |
| FH0595 | 05/26/1981 | Order (Ct. App.) | Guilt | 4 |
| FH0596 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH0597-0606 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH0607-0613 | 02/26/1981 | Transcript Excerpt (prelim. hrg) | Guilt | 4 |
| FH0614-0720 | Not Shown | Legal research (guilt phase) | Guilt | 5b |
| FH0721-0762 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH0763 | Not Shown | Transcript Excerpt (guilt phase) | Guilt | 4 |
| FH0764 | Not Shown | Note re documents (post conviction) | | 2 |
| FH0765-0766 | Not Shown | Photos (guilt inv.) | Guilt | 3a |
| FH0767-0768 | Not Shown | Arrest Record (guilt inv.) | Guilt | 3a |
| FH0769 | 12/07/1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH0770-0771 | 05/18/1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH0772-0775 | Not Shown | Investigative Reports (penalty inv.) | Penalty | |

---

[3] Appellate Court proceedings involved a motion for a writ related to guilt phase issues.

| FH0776-0781 | 07/29/1981 | Investigative Reports (guilt & penalty) | Guilt & Penalty | |
| FH0782 | Not Shown | Notes (penalty inv.) | Penalty | |
| FH0783 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0784-0785 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0786-0789 | 01/11/1982 | Draft Pleading (guilt phase) | Guilt | 4 |
| FH0790-0793 | 01/11/1982 | Draft Pleading (guilt phase) | Guilt | 4 |
| FH0794-0799 | Not Shown | Notes and draft pleading (guilt inv.) | Guilt | 794,799-2 795-98 - 4 |
| FH0800-0806 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0807 | Not Shown | Note (guilt inv.) | Guilt | 3b |
| FH0808 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0809 | Not Shown | Notes (guilt/penalty related, redacted) | Guilt & Penalty redacted | 3b |
| FH0810 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0811 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0812 | 06/11/1982 | Investigative Notes (guilt inv.) | Guilt | 3b |
| FH0813-0815 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0816-0821 | 03/09 /1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH0822-0823 | Not Shown | Handwritten poem(guilt phase) | Guilt | 3b |
| FH0824 | Not Shown | Photo/drawing (guilt phase) | Guilt | 3b |
| FH0825 | Not Shown | Photo/drawing (guilt phase) | Guilt | 3b |
| FH0826-0827 | Not Shown | Handwritten poem(guilt phase) | Guilt | 3b |
| FH0828-0829 | Not Shown | Handwritten Notes/Letters (guilt phase) | Guilt | 3b |
| FH0830-0832 | 02/12/1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH0833 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0834 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0835 | Not Shown | Photo (guilt inv.) | Guilt | 3a |
| FH0836 | Not Shown | Envelope | | 3b |
| FH0837 | Not Shown | Notes (guilt inv.) | Guilt | 3b |

| | | | | |
|---|---|---|---|---|
| FH0838 | 03/24/1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH0839 | Not Shown | List of questions (guilt inv.) | Guilt | 3b |
| FH0840-0841 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0842 | 03/18/1981 | Notes (guilt inv.) | Guilt | 3b |
| FH0843 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0844-0847 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0848-0849 | 03/13/1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH0850 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0851 | 07/07/1981 | Note (guilt inv.) | Guilt | 5a |
| FH0852 | Not Shown | Drawing (guilt inv.) | Guilt | 3a |
| FH0853 | 02/04/1981 | Drawing (guilt inv.) | Guilt | 3a |
| FH0854 | Not Shown | Drawing (guilt inv.) | Guilt | 3a |
| FH0855 | Not Shown | Drawing (guilt inv.) | Guilt | 3a |
| FH0856 | 06/02/1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH0857 | Not Shown | Note (guilt inv.) | Guilt | 3b |
| FH0858 | 07/03/1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH0859 | 07/06/1981 | Note (guilt inv.) | Guilt | 3b |
| FH0860 | 07/09/1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH0861 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0862 | 01/12/1982 | Investigative Report (penalty inv.) | Penalty | |
| FH0863 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0864-0888 | 03/02/1982 | Probation Officer's Report (sentencing) | | 4 |
| FH0889-0893 | Not Shown | Reference Copy of DL (guilt inv.) | Guilt | 3a |
| FH0894 | Not Shown | Employment ID (penalty inv.) | Penalty | |
| FH0895 | Not Shown | Reference Copy of DL (guilt inv.) | Guilt | 3a |
| FH0896 | Not Shown | Blank check (penalty inv.) | Penalty | |
| FH0897 | 05/25/1982 | Certificate of Service for Probation Officer's Report (sentencing) | | 4 |

| FH0898-0934 | 05/25/1982 (file date) | Transcript of 3/3/82 hearing (sentencing) | | 4 |
|---|---|---|---|---|
| FH0935 | 03/14/1977 | Employment Record (penalty inv.) | Penalty | |
| FH0936 | Not Shown | Fingerprint Card (guilt and penalty inv.) | Guilt & Penalty | |
| FH0937 | 10/08/1976 | Employment Record (penalty inv.) | Penalty | |
| FH0938 | 12/10/1970 | Booking Record (guilt and penalty inv.) | Guilt & Penalty | |
| FH0939-0941 | Not Shown | Notes (guilt and penalty phase) | Guilt & Penalty | |
| FH0942 | 02/02 | Trial Notes (penalty phase) | Penalty | |
| FH0943 | Not Shown | Notes (guilt inv.) | Guilt | 3b |
| FH0944 | Not Shown | Draft Order (guilt phase) | Guilt | 4 |
| FH0945 | Not Shown | Note (penalty inv.) | Penalty | |
| FH0946 | 06/29 | Notes re motions (guilt phase) | Guilt | 2 |
| FH0947-0950 | Not Shown | Notes re argument(guilt phase) | Guilt | 2 |
| FH0951 | Not Shown | Note (guilt and penalty inv.) | Guilt & Penalty | |
| FH0952-0954 | Not Shown | Notes re opening statement (guilt phase) | Guilt | 2 |
| FH0955-0956 | Not Shown | Notes re opening statement (guilt phase) | Guilt | 2 |
| FH0957-0958 | Not Shown | Notes re trial preparation (guilt phase) | Guilt | 2 |
| FH0959 | 07/09/1981 | Exhibit List (1st trial) (guilt phase) | Guilt | 4 |
| FH0960 | Not Shown | Note re evidence (guilt inv.) | Guilt | 2 |
| FH0961 | Not Shown | Notes re trial preparation (guilt phase) | Guilt | 2 |
| FH0962 | Not Shown | Notes re trial preparation (guilt phase) | Guilt | 2 |
| FH0963-0967 | Not Shown | Notes re trial preparation (guilt phase) | Guilt | 2 |
| FH0968-0970 | Not Shown | Trial Notes (guilt phase) | Guilt | 2 |

| | | | | |
|---|---|---|---|---|
| FH0971 | Not Shown | Trial Notes (guilt phase) | Guilt | 2 |
| FH0972 | Not Shown | Notes re trial preparation (guilt phase) | Guilt | 2 |
| FH0973 | Not Shown | Notes re trial preparation (guilt phase) | Guilt | 2 |
| FH0974 | Not Shown | Draft Pleading | Guilt | 4 |
| FH0975 | Not Shown | Notes (guilt inv.) | Guilt | 2 |
| FH0976 | Not Shown | Notes (guilt phase) | Guilt | 2 |
| FH0977 | Not Shown | Notes (guilt inv.) | Guilt | 2 |
| FH0978 | Not Shown | Notes re preliminary hearing preparation | Guilt | 2 |
| FH0979-0986 | Not Shown | Notes re motions (guilt phase) | Guilt | 2 |
| FH0987-0994 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH0995-1000 | Not Shown | Legal Research (guilt phase - special circumstances) | Guilt | 5b |
| FH1001 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1002 | Not Shown | Notes re jury instructions (penalty phase) | Penalty | |
| FH1003-1006 | Not Shown | Notes re witnesses(guilt phase) | Guilt | 2 |
| FH1007-1008 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1009 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1010 | Not Shown | Letter from Hoover to Judge Davis re bills for services (guilt and penalty phases) | Guilt & Penalty | |
| FH1011-1016 | Not Shown | Claim for Payment (guilt and penalty phases) | Guilt & Penalty | |
| FH1017 | 02/05/1982 | Photo Receipt (guilt inv.) | Guilt | 3a |
| FH1018 | Not Shown | Unsigned Order (guilt inv.) | Guilt | 4 |
| FH1019 | 07/__/1981 | Draft Order (guilt inv.) | Guilt | 4 |
| FH1020 | 07/__/1981 | Unsigned Order (guilt inv.) | Guilt | 4 |
| FH1021-1022 | 02/17/1982 | Correspondence from Hoover to Judge Davis re bills for services (guilt and penalty) | Guilt & Penalty | |

| | | | | |
|---|---|---|---|---|
| FH1023-1024 | Not Shown | Claim for Payment (guilt and penalty) | Guilt & Penalty | |
| FH1025 | Not Shown | Correspondence from Hoover to Judge Davis re bills for services (guilt and penalty) | Guilt & Penalty | |
| FH1026-1029 | 02/22/1982 | News article about trial (guilt and penalty) | Guilt & Penalty | |
| FH1030 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1031 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1032 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1033-1036 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1037-1039 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1040-1042 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1043 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1044 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1045-1047 | Not Shown | Notes re witness (guilt inv.) | Guilt | 3b |
| FH1048-1049 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1050-1051 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1052 | Not Shown | News article re Los Angeles murder trial (guilt phase) | Guilt | 4 |
| FH1053 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1054 | Not Shown | File Folder cover with notes (guilt phase) | Guilt | 2 |
| FH1055 | 05/04/1981 | Note from Simrin to Hoover re motion (guilt inv.) | Guilt | 2 |
| FH1056-1063 | 04/29/1981 | Investigative Report(guilt inv.) | Guilt | 3b |
| FH1064 | Not Shown | Photo of apt[4] | Guilt | 3a |
| FH1065 | Not Shown | Photo of apt | Guilt | 3a |
| FH1066 | Not Shown | Photo of apt | Guilt | 3a |
| FH1067 | Not Shown | Photo of apt | Guilt | 3a |
| FH1068 | Not Shown | Photo of apt | Guilt | 3a |

---

[4] The photos and diagrams of the crime scene (apartment) are guilt related.

| FH1069 | Not Shown | Photo of apt | Guilt | 3a |
|---|---|---|---|---|
| FH1070 | Not Shown | Photo of apt | Guilt | 3a |
| FH1071 | Not Shown | Photo of apt | Guilt | 3a |
| FH1072 | Not Shown | Photo of apt | Guilt | 3a |
| FH1073-1076 | 06/04/1981 | Examination Report (KCSO crime lab) (guilt inv.) | Guilt 4 | |
| FH1077-1080 | 04/09/1981 | Examination Report (KCSO crime lab) (guilt inv.) | Guilt | 4 |
| FH1081-1083 | 01/26/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1084 | 01/29/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1085 | 01/30/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1086-1088 | 01/24/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1089 | Not Shown | Diagram of apt | Guilt | 4 |
| FH1090 | Not Shown | Diagram of apt | Guilt | 4 |
| FH1091 | Not Shown | Diagram of apt | Guilt | 4 |
| FH1092-1094 | 01/26/1981 | Evidence and Photographic Report re victim (guilt inv.) | Guilt | 4 |
| FH1095 | 01/24/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1096 | 01/26/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1097-1099 | 01/24/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1100-1102 | 01/24/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1103 | 01/30/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1104 | 01/29/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1105 | 01/24/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1106-1108 | 01/24/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1109 | 01/29/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1110 | Not Shown | BPD Sketch of Evidence (guilt inv.) | Guilt | 4 |
| FH1111 | Not Shown | BPD Sketch of Evidence (guilt inv.) | Guilt | 4 |
| FH1112-1114 | 01/26/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1115-1117 | 01/26/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |

| | | | | |
|---|---|---|---|---|
| FH1118 | | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1119 | | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1120 | | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1121 | Not Shown | BPD Sketch of Evidence (guilt inv.) | Guilt | 4 |
| FH1122 | Not Shown | Bank Deposit Slip (Hoover) | | 2 |
| FH1123 | 10/01/1981 | Phone-O-Gram message for Hoover | Guilt | 2 |
| FH1124 | Not Shown | Envelope from Hoover to Alger (guilt inv.) | Guilt | 4 |
| FH1125 | 03/__/1981 | Draft Letter from Hoover to Alger (guilt inv.) | Guilt | 4 |
| FH1126 | 03/02/1981 | Correspondence from Hoover to Faulkner (guilt inv.) | Guilt | 2 |
| FH1127-1136 | Not Shown | Pleading Caption Sheets | | 4 |
| FH11[37][5]-1146 | Not Shown | Blank Pleading Paper | | 4 |
| FH1147-1148 | 05/08/1981 | Pleading (Ct. App.) | Guilt | 4 |
| FH1149-1150 | 02/13/1981 | Amended Complaint (Sanders) | Guilt | 4 |
| FH1151 | 04/09/1981 | Subpoena[6] | Guilt | 4 |
| FH1152-1153 | 04/09/1981 | Subpoena | Guilt | 4 |
| FH1154-1155 | 04/09/1981 | Subpoena | Guilt | 4 |
| FH1156 | 05/14/1981 | Subpoena | Guilt | 4 |
| FH1157 | 04/09/1981 | Subpoena | Guilt | 4 |
| FH1158-1159 | 04/09/1981 | Subpoena | Guilt | 4 |
| FH1160-1161 | 04/09/1981 | Subpoena | Guilt | 4 |
| FH1162-1165 | 03/04/1981 | Information (Sanders & Cebreros) | Guilt | 4 |
| FH1166-1169 | 02/13/1981 | Amended Complaint (Sanders) | Guilt | 4 |
| FH1170-1174 | 02/02/1981 | Complaint (Sanders) | Guilt | 4 |

---

[5] [FH1137 omitted from counsel's index, but page is included in file.]
[6] The subpoenas are related to the guilt phase of the trial unless otherwise indicated.

| FH1175 | 07/28/1981 | Trial Notes re 1st guilt phase evidence | Guilt | 1 |
| FH1176 | Not Shown | Trial Notes re 1st guilt phase witness | Guilt | 1 |
| FH1177 | 07/10/1981 | Trial Notes re 1st guilt phase witness | Guilt | 1 |
| FH1178-1182 | Not Shown | Trial Notes re 1st guilt phase witness | Guilt | 1 |
| FH1183-1186 | 07/15/1981 | Trial Notes re 1st guilt phase witness | Guilt | 1 |
| FH1187-1189 | 07/17/1981 and 07/20/81 | Trial Notes re 1st guilt phase witnesses | Guilt | 1 |
| FH1190-1192 | 07/21/1981 and 7/22/81 | Trial Notes re 1st guilt phase witnesses | Guilt | 1 |
| FH1193-1194 | 01/22/1981 and 01/24/81 | Trial Notes re 1st guilt phase witnesses & evidence | Guilt | 1 |
| FH1195-1196 | Not Shown | Blank Paper | Guilt | 4 |
| FH1197 | Not Shown | Trial Notes re 1st guilt phase witnesses | Guilt | 1 |
| FH1198 | Not Shown | Trial Notes re jury selection (1st trial) | Guilt | 1 |
| FH1199 | Not Shown | Trial Notes re guilt phase evidence | Guilt | 1 |
| FH1200-1201 | Not Shown | Notes re evidence (guilt phase) | Guilt | 1 |
| FH1202 | Not Shown | Notes re jury instructions (special circumstances) | Guilt | 2 |
| FH1203 | Not Shown | Notes re argument (guilt phase) | Guilt | 2 |
| FH1204 | 02/03/1981 | Trial Notes re preliminary hearing | Guilt | 2 |
| FH1205 | 06/23-06/25 | Notes re trial preparation (guilt and penalty) | Guilt | 2 |
| FH1206 | Not Shown | Note re jury instructions (special circumstances) | Guilt | 2 |
| FH1207 | Not Shown | Note re jury selection | Guilt | 2 |
| FH1208-1223 | 07/01/1981 | Kern County Jury List (1st trial) | Guilt | 4 |

| FH1224 | 07/07/1981 | Jury Ladder (1st trial) | Guilt | 4 |
|---|---|---|---|---|
| FH1225 | Not Shown | Jury Ladder (1st trial) | Guilt | 4 |
| FH1226 | Not Shown | Jury Ladder (1st trial) | Guilt | 4 |
| FH1227 | Not Shown | Trial Notes re 1st trial jury selection | Guilt | 2 |
| FH1228 | Not Shown | Trial Notes re 1st trial jury selection | Guilt | 2 |
| FH1229 | Not Shown | Trial Notes re 1st trial jury selection | Guilt | 2 |
| FH1230-1242 | Not Shown | Trial Notes re 1st trial jury selection | Guilt | 2 |
| FH1243-1249 | Not Shown | Trial Notes re 1st trial jury selection | Guilt | 2 |
| FH1250-1252 | 11/24/1981 | Trial Notes re 2nd trial guilt phase motions | Guilt | 2 |
| FH1253-1255 | 11/25/1981 | Trial Notes re 2nd trial guilt phase motions | Guilt | 2 |
| FH1256-1258 | 11/30/1981 | Trial Notes re 2nd trial jury selection | Guilt | 2 |
| FH1259-1263 | 12/01/1981 | Trial Notes re 2nd trial jury selection | Guilt | 2 |
| FH1264-1266 | 12/02/1981 | Trial Notes re 2nd trial jury selection | Guilt | 2 |
| FH1267-1270 | 12/03/1981 | Trial Notes re 2nd trial jury selection | Guilt | 2 |
| FH1271-1275 | 12/07/1981 | Trial Notes re 2nd trial jury selection | Guilt | 2 |
| FH1276-1288 | 12/09/1981 | Trial Notes re 2nd trial jury selection | Guilt | 2 |
| FH1289-1295 | 12/14/1981 | Trial Notes re 2nd trial jury selection | Guilt | 2 |
| FH1296-1300 | 12/16/1981 | Trial Notes re 2nd jury selection | Guilt | 2 |
| FH1301-1303 | Not Shown | Notes re jury selection | Guilt | 2 |
| FH1304 | 12/02/1981 | Jury Ladder (2nd trial) | Guilt | 4 |
| FH1305 | 12/10/1981 | Jury Ladder (2nd trial) | Guilt | 4 |

| FH1306 | 12/16/1981 | Jury Ladder (2nd trial) | Guilt | 4 |
|--------|-----------|-------------------------|-------|---|
| FH1307 | 11/30/1981 | Jury Ladder (2nd trial) | Guilt | 4 |
| FH1308 | 12/07/1981 | Jury Ladder (2nd trial) | Guilt | 4 |
| FH1309-1327 | 07/21/1981 | Pretrial Pleading | Guilt | 4 |
| FH1328-1335 | Not Shown | Notes re jury selection | Guilt | 2 |
| FH1336-1337 | Not Shown | Trial Notes re jury instructions (guilt phase) | Guilt | 2 |
| FH1338 | 09/28/1981 | Trial Notes re bail motion | Guilt | 2 |
| FH1339-1341 | Not Shown | Trial Notes re jury instructions (guilt phase) | Guilt | 2 |
| FH1342 | Not Shown | Trial Notes re special circumstances motion (guilt phase) | Guilt | 2 |
| FH1343-1354 | 06/11/181 | Pretrial Pleading re bail | Guilt | 2 |
| FH1355 | 07/22/1981 | Requested Jury Instructions (guilt and penalty phases) | Guilt & Penalty | |
| FH1356-1357 | 07/15/1981 | Order (Cal. S. Ct.) | Guilt | 4 |
| FH1358-1367 | 09/10/1981 | Pretrial Pleading re bail | Guilt | 4 |
| FH1368-1371 | Not Shown | Unsigned Orders (guilt inv.) | Guilt | 4 |
| FH1372-1381 | 09/10/1981 | Pretrial Pleading re bail | Guilt | 4 |
| FH1382-1390 | 1978 | Research re jury selection (guilt phase) | Guilt | 5b |
| FH1391 | Not Shown | Research re jury selection (guilt phase) | Guilt | 5b |
| FH1392-1394 | Not Shown | Notes re guilt phase witnesses | Guilt | 2 |
| FH1395 | Not Shown | Legal Research (guilt phase) | Guilt | 5b |
| FH1396 | Not Shown | Note re guilt phase evidence | Guilt | 2 |
| FH1397 | 01/20 [1982] | Trial Notes re 2nd guilt phase | Guilt | 1 or 2 |
| FH1398-1399 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH1400 | Not Shown | Notes re jury instructions (guilt phase) | Guilt | 2 |
| FH1401 | Not Shown | Notes re guilt phase exhibits | Guilt | 2 |

| FH1402-1406 | 02/13/1981 | Trial Notes re preliminary hearing (PX) witness[7] | Guilt | 2 |
|---|---|---|---|---|
| FH1407 | Not Shown | Trial Notes re PX witness | Guilt | 2 |
| FH1408-1414 | 02/17/1981 | Trial Notes re PX | Guilt | 2 |
| FH1415-1428 | 02/18/1981 | Trial Notes re PX witness | Guilt | 2 |
| FH1429-1430 | 02/19/1981 | Trial Notes re PX witnesses | Guilt | 2 |
| FH1431-1432 | 02/23/1981 | Trial Notes re PX witness | Guilt | 2 |
| FH1433-1434 | 02/231981 | Trial Notes re PX witness | Guilt | 2 |
| FH1435-1436 | Not Shown | Trial Notes re PX witness | Guilt | 2 |
| FH1437-1438 | Not Shown | Trial Notes re PX witness | Guilt | 2 |
| FH1439-1441 | 02/23 | Notes re PX | Guilt | 2 |
| FH1442 | 06/29 [1981] | Trial Notes re rulings on pretrial motions (guilt and penalty - 1st trial) | Guilt & Penalty | |
| FH1443 | 06/29 [1981] | Trial Notes re pretrial motions (guilt phase - 1st trial) | Guilt | 2 |
| FH1444 | Not Shown | Trial Notes re pretrial motions (guilt phase - 1st trial) | Guilt | 2 |
| FH1445-1446 | Not Shown | Trial Notes re pretrial motions (guilt phase - 1st trial) | Guilt | 2 |
| FH1447-1448 | 06/30, 07/01, 07/02, 07/03, 07/06, 07/07, 07/08 [1981] | Trial Notes re jury selection (1st trial) issue | Guilt | 2 |
| FH1449-1451 | 07/09 [1981] | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1452-1453 | Not Shown | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1454 | Not Shown | Notes re guilt phase evidence | Guilt | 2 |
| FH1455 | 07/10, 07/13 [1981] | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |

---

[7] All references to documents about the preliminary hearing relate only to guilt phase issues unless otherwise stated.

| FH1456 | Not Shown | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
|---|---|---|---|---|
| FH1457-1469 | 07/13/1981 07/14 [1981] | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1470-1471 | 07/14/1981 | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1472-1473 | 07/14 [1981] | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1473-1474 | 07/14/1981 07/15/1981 | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1475-1486 | 07/15/1981 07/16/1981 07/17 [1981] | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1486 | 07/17/1981 | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1487-1488 | 07/17/1981 | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1489-1490 | Not Shown | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1490 | 07/17/1981 | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1490-1491 | Not Shown | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1491 | 07/20/1981 | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1492-1493 | 07/20/1981 | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1493 | 07/20/1981 | Trial Notes re guilt phase witnesses (1st trial) | Guilt | 2 |
| FH1494 | 07/21/1981 | Trial Notes re trial motions | Guilt | 2 |
| FH1495-1497 | 07/21/1981 07/22/1981 | Trial Notes re guilt phase witnesses (1st trial) | Guilt | 2 |
| FH1498 | 07/24/1981 | Trial Notes re guilt phase motion (1st trial) | Guilt | 2 |
| FH1499 | Not Shown | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |

| FH1500 | 07/24 [1981] | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1501 | Not Shown | Trial Notes re guilt phase witness (1st trial) | Guilt | 2 |
| FH1502 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1503 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1504 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1505 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1506 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1507 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1508 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1509 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1510 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1511 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1512 | Not Shown | Photo re guilt phase evidence | Guilt | 3a |
| FH1513 | Not Shown | Photo re guilt evidence | Guilt | 3a |
| FH1514-1515 | Not Shown | Legal Research re guilt issue | Guilt | 5b |
| FH1516-1518 | Not Shown | Notes re guilt phase evidence | Guilt | 2 |
| FH1519 | Not Shown | Notes re guilt phase evidence | Guilt | 2 |
| FH1520 | Not Shown | Jury Ladder (2nd trial) | Guilt | 4 |
| FH1521 | 12/14/1981 | Jury Ladder (2nd trial) | Guilt | 4 |
| FH1522-1525 | Not Shown | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1526 | Not Shown | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1527-1536 | 12/17/1981 12/21 | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1537 | 12/22 [1981] | Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |
| FH1538 | Not Shown | Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |

| FH1539-1540 | Not Shown | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
|---|---|---|---|---|
| FH1541 | Not Shown | Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |
| FH1542 | Not Shown | Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |
| FH1543 | Not Shown | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1544 | Not Shown | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1545 | Not Shown | Notes re guilt phase motion (2nd trial) | Guilt | 2 |
| FH1546-1548 | 01/04/1982 | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1549-1551 | 01/04/1982 | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1552 | 12/22 | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1553-1556 | 01/05/1982 | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1557 | 01/06/1982 | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1558-1561 | 01/06/1982 01/07/1982 | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1562 | 01/07/1982 | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1563 | Not Shown | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1564 | 01/13/1982 | Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1565-1566 | Not Shown | Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |
| FH1567 | 01/07/1982 | Notes re guilt phase evidence (2nd trial) | Guilt | 2 |
| FH1568 | Not Shown | Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |

| FH1569 | 01/12/1982 | Notes re guilt phase evidence (2nd trial) | Guilt | 2 |
|---|---|---|---|---|
| FH1570 | Not Shown | Notes re guilt phase jury instruction | Guilt | 2 |
| FH1571 | Not Shown | Note re guilt phase evidence | Guilt | 2 |
| FH1572 | Not Shown | Notes re guilt phase evidence | Guilt | 2 |
| FH1573 | Not Shown | Blank sheet of paper | | 5a |
| FH1574-1577 | Not Shown | Notes re guilt phase witnesses | Guilt | 2 |
| FH1578 | 01/19/1982 | Notes re guilt phase jury instruction (2nd trial) | Guilt | 2 |
| FH1579-1580 | Not Shown | Notes re guilt phase closing argument | Guilt | 2 |
| FH1581 | 03/03/1982 | Notes for motion for new trial and sentencing | Guilt | 2 |
| FH1582 | | Legal Research re special circumstances | Guilt | 2 |
| FH1583-1585 | Not Shown | Notes re guilt phase closing argument | Guilt | 2 |
| FH1586 | Not Shown | Notes re guilt phase witnesses | Guilt | 2 |
| FH1587 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH1588 | Not Shown | Notes re guilt phase witnesses | Guilt | 2 |
| FH1589-1601 | Not Shown | Notes for closing argument | Guilt | 2 |
| FH1602-1603 | Not Shown | Notes for closing argument | Guilt | 2 |
| FH1604-1605 | Not Shown | Notes for closing argument | Guilt | 2 |
| FH1606-1607 | 12/17 | Transcript Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1608-1609 | 12/17 and 12/21 | Transcript Notes re guilt phase witness (2nd trial) | Guilt | 2 |
| FH1610 | 12/22 | Transcript Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |
| FH1611 | 12/23 | Transcript Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |
| FH1612-1616 | 01/04 and 01/05 | Transcript Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |

| FH1617-1618 | 01/06 and 01/07 | Transcript Notes re guilt phase witness (2nd trial) | Guilt | 2 |
|---|---|---|---|---|
| FH1619 | 01/06 | Transcript Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |
| FH1620-1621 | 01/12 | Transcript Notes re guilt phase witnesses (2nd trial) | Guilt | 2 |
| FH1622-1623 | 01/13 | Notes re guilt phase witnesses | Guilt | 2 |
| FH1624-1627 | Not Shown | Blank pages | | 5a |
| FH1628 | Not Shown | Notes re guilt phase witness | Guilt | 2 |
| FH1629 | 02/03/1982 | Notes re penalty verdict | Guilt | 2 |
| FH1630 | Not Shown | CALJIC (guilt phase) | Guilt | 4 |
| FH1631 | Not Shown | Transcript Notes re guilt phase witness | Guilt | 2 |
| FH1632 | Not Shown | Notes re guilt phase witness | Guilt | 2 |
| FH1633-1634 | Not Shown | Transcript Notes re guilt phase witness | Guilt | 2 |
| FH1635-1636 | Not Shown | Transcript Notes re guilt phase witness | Guilt | 2 |
| FH1637-1639 | Not Shown | Notes re guilt phase witness | Guilt | 2 |
| FH1640-1641 | Not Shown | Notes re guilt phase witnesses | Guilt | 2 |
| FH1642-1650[8] | Not Shown | Transcript Notes re guilt phase witnesses | Guilt | 2 |
| FH1652-1653 | Not Shown | Notes for closing guilt phase argument | Guilt | 2 |
| FH1654-1656 | Not Shown | Notes re guilt phase witness | Guilt | 2 |
| FH1656 | Not Shown | Notes re guilt phase witness | Guilt | 2 |
| FH1657-1666 | Not Shown | Notes for closing guilt phase argument | Guilt | 2 |
| FH1667-1672 | 07/27 | Notes re closing guilt phase argument (1st trial) | Guilt | 2 |
| FH1673 | 07/30 | Notes re jury question | Guilt | 2 |

---

[8] [FH1651 omitted from counsel's index, but page is included in file.]

| FH1674 | Not Shown | Notes re guilt phase witness | Guilt | 2 |
| FH1675 | Not Shown | Notes re investigation | Guilt | 3b |
| FH1676 | Not Shown | Folder Label re Police Report | Guilt | 2 |
| FH1677-1678 | 01/27/1981 | BPD Crime Report | Guilt | 4 |
| FH1679-1681 | 01/24/1981 | BPD Evidence Report | Guilt | 4 |
| FH1682-1685 | 01/26/1981 | BPD Evidence Report | Guilt | 4 |
| FH1686-1691 | 03/20/1981 | Police Interview Transcript (guilt phase) | Guilt | 4 |
| FH1692-1700 | 03/19/1981 | Order to Sheriff | Guilt | 4 |
| FH1701-1708 | 01/29/1981 | Police Interview Transcript (guilt phase) | Guilt | 4 |
| FH1709 | 02/23/1981 | BPD Incident Report | Guilt | 4 |
| FH1710 | Not Shown (not legible) | Consent to Search W | Guilt | 4 |
| FH1711-1715 | 02/05/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1716-1718 | 01/25/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1719 | Not Shown | Notes re guilt phase witnesses | Guilt | 4 |
| FH1720 | 01/27/1981 | BPD Crime Report (guilt inv.) | Guilt | 4 |
| FH1721-1745 | 01/27/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1746-1764 | 01/27/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1765-1776 | 01/30/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1777-1780 | 01/24/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1781-1782 | 01/24/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1783-1787 | 02/05/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1788 | Not Shown | Notes re guilt witnesses | Guilt | 2 |
| FH1789-1790 | 01/24/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1791 | Not Shown | Notes re guilt witnesses | Guilt | 2 |
| FH1792-1795 | 01/24/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1796 | 02/02/1981 | Criminal Docket report re guilt witness | Guilt | 4 |

| FH1797-1808 | 01/30/1981 | BPD Special Report (guilt inv.) | Guilt | 4 |
| FH1809 | 05/04/1981 | Note Simrin to Hoover re guilt issue | Guilt | 2 |
| FH1810-1813 | 04/29/1981 | Investigative report re guilt inv. | Guilt | 3b |
| FH1814-1817 | 04/09/1981 | Examination Report (KCSD crime lab) (guilt inv.) | Guilt | 4 |
| FH1818 | 06/30/1981 | Examination Report (KCSD crime lab) (guilt inv.) | Guilt | 4 |
| FH1819-1821 | 06/04/1981 | Examination Report (KCSD crime lab) (guilt inv.) | Guilt | 4 |
| FH1822 | Not Shown | Service Request (KCSD crime lab) (guilt inv.) | Guilt | 4 |
| FH1823 | Not Shown | Notes (KCSD crime lab) (guilt inv.) | Guilt | 4 |
| FH1824-1826 | 01/24/1981 | BPD Property Record (guilt inv.) | Guilt | 4 |
| FH1827 | Not Shown | Sketch (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1828 | Not Shown | Sketch (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1829 | Not Shown | Sketch (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1830 | Not Shown | Sketch (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1831 | Not Shown | Sketch (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1832 | Not Shown | Sketch (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1833 | Not Shown | Sketch (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1834 | Not Shown | Sketch (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1835 | Not Shown | Sketch (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1836 | Not Shown | Map of Bakersfield | Guilt | 4 |
| FH1837 | Not Shown | BPD Report with notes | Guilt | 4 |

| | | | | |
|---|---|---|---|---|
| FH1838-1840 | Not Shown | Diagram (BPD Property Record) (guilt inv.) | Guilt | 4 |
| FH1841-1850 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1851 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1852-1853 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1854 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1855 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1856 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1857 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1858 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1859 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1860 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1861 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1862 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1863 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1864 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1865 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1866 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1867 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1868 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1869 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1870 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1871 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1872 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1873 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1874 missing | Not Shown | *Note: this bates number was mistakenly omitted while processing the documents* | Guilt | |
| FH1875 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1876 | Not Shown | Photos (guilt inv.) | Guilt | 4 |

| FH1877 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
|--------|-----------|---------------------|-------|---|
| FH1878 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1879 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1880 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1881 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1882 | Not Shown | Photos (guilt inv.) | Guilt | 4 |
| FH1883-1887 | 02/13 | Notes re preliminary hearing transcript review | Guilt | 2 |
| FH1888-1890 | Not Shown | Notes re transcript review | Guilt | 2 |
| FH1891 | 06/26 | Receipt, guilt inv. | Guilt | 3a |
| FH1892 | 07/19/1981 | Notes re guilt witness | Guilt | 2 |
| FH1893 | 05/11/1981 | Correspondence re guilt witness | Guilt | 4 |
| FH1894 | Not Shown | Correspondence re discovery | Guilt | 4 |
| FH1895 | 02/01/1981 | Police Report | Guilt | 4 |
| FH1896-1897 | 07/09/1981 | People's Exhibit List | Guilt | 4 |
| FH1898-1900 | 02/13 | Notes re guilt witness | Guilt | 2 |