IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>　　　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, Jr., Warden of San Quentin State Prison,<br><br>　　　　　　　　　　　　　　Respondent. | 1:92-CV-05471 LJO<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING ENLARGEMENT OF TIME TO DEPOSE WITNESSES (DOC. 253) AND GRANTING RESPONDENT'S MOTION TO DEPOSE TRIAL COUNSEL (DOC. 252) |

　　Respondent's first application for an enlargement of time within which to depose fact witnesses is GRANTED. The time for Respondent to depose fact witnesses is enlarged by thirty (30) days from January 3, 2008, allowing up to and including February 1, 2008. A corresponding extenension of time will be applied to the deadline for filing testimony declarations or reports of experts, now due by April 3, 2008. No other changes are made to the schedule for the first stage of the evidentiary hearing established May 10, 2007.

　　Respondent's motion to depose trial counsel Frank Hoover is GRANTED. Allocation of costs will be made pursuant to ¶ 66 of the Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division, which is posted on the Court's website, under Attorney Info, Fresno, Forms. Respondent shall pay the fees and expenses for Ms. Rivkind to attend the deposition.

IT IS SO ORDERED.

DATED:   November 30, 2007　　　　　　　　　　 /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge