IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>                                          Petitioner,<br><br>       v.<br><br>ROBERT L. AYERS, Jr., Warden of San Quentin State Prison,<br><br>                                          Respondent. | 1:92-CV-05471-LJO<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING ENLARGEMENT OF TIME FOR PETITIONER'S FILING OF EXPERT WITNESS DECLARATIONS AND RESPONDENT'S RELATED DISCOVERY |

The parties filed a stipulation for a two-week enlargement of time within which for Petitioner to file direct testimony declaration of expert witnesses, and for Respondent to conclude discovery of thoes witnesses. The requested extension of time is GRANTED. The time for Petitioner to file expert witness declarations is enlarged from April 3, 2008, to April 17, 2008. The time for Respondent to conclude discovery of those witnesses is enlarged from May 21, 2008 to June 4, 2008. This extenension of time will not affect any other case management deadlines established in this case.

IT IS SO ORDERED.

DATED:   March 25, 2008

                                                                         /s/ Lawrence J. O'Neill
                                                                      United States District Judge