UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>                Petitioner,<br><br>   vs.<br><br>ROBERT L. AYERS, JR., Warden<br>of San Quentin State Prison,<br><br>                Respondent. | Case No. 1:92-CV-5471-LJO<br><br><u>DEATH PENALTY CASE</u><br><br>Order Amending Schedule for<br>Motions in Limine |

Petitioner Ronald L. Sanders ("Sanders") and Respondent Robert L. Ayers, Jr. ("the Warden") filed motions in limine on July 11, 2008, pursuant to the schedule established in this case. One of the Warden's motions seeks to exclude the testimonies of Dr. Julie Kriegler and Russell Stetler. As the current schedule may limit the remedies available for this matter, it is amended as follows:

1. Concurrent Oppositions to Motions in Limine due July 25, 2008;
2. Telephonic Case Management Conference on Motions in Limine to be held Tuesday, August 5, 2008, at 8:00 a.m. The Court will initiate the call.

IT IS SO ORDERED.

DATED:   July 15, 2008

                                                       /s/ Lawrence J. O'Neill
                                                 United States District Judge