UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>        Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, Jr., Warden<br>of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:92-cv-05471-LJO<br><br><u>DEATH PENALTY CASE</u><br><br>Order Granting Petitioner's<br>Motion for Reconsideration of<br>Order Amending Schedule for<br>Motions in Limine |

      Petitioner Ronald L. Sanders ("Sanders") and Respondent Robert L. Ayers, Jr., ("the Warden") filed motions in limine on July 11, 2008, pursuant to the previously established schedule for the evidentiary hearing in this case. Based on the Warden's filing, and out of a concern that the established schedule might limit the remedies available with regard to the motion to exclude the testimonies of Dr. Kriegler and Mr. Stetler, on July 15 the Court sua sponte expedited the briefing and hearing of the in limine motions.

      On July 16, Sanders filed a motion for reconsideration of the order expediting the in limine motions, asserting there is no need to expedite this issue as the Warden's motion is mistaken. The Warden seeks to exclude the above referenced testimonies on the ground that Sanders failed to include them in his witness list. Sanders admits that Dr. Kriegler and Mr. Stetler were not included

1  in the initial witness list filed June 15, 2007, because they had not yet been
2  appointed, but contends they are named in the supplemental witness list filed
3  November 27, 2007.  Sanders asserts the Warden's claim of surprise and lack of
4  notice regarding these experts is completely unfounded.

5       Sanders states that, in addition to there being no need to expedite the in
6  limine motion schedule, his counsel have both planned their schedules on the
7  assumption the opposition to the motions would be due August 1, as originally
8  established.  Sanders requests that the original schedule be re-instituted.

9       The Warden has not responded to Sanders' motion to reconsider the order
10 amending the in limine motion schedule.  Based on Sanders' representations, and
11 in light of the apparent lack of opposition by the Warden, the motion for
12 reconsideration is GRANTED.  The original schedule is re-established.  The
13 oppositions to the motions in limine are due August 1, 2008, and the motions will
14 be heard at the pre-trial conference September 5, 2008.

16 IT IS SO ORDERED.

18 DATED:   July 22, 2008

19                                        /s/ Lawrence J. O'Neill
20                                       United States District Judge