```
                              FILED
                            OCT 0 6 2008
                          CLERK, U.S. DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
                         BY _____
                                   DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>                              Petitioner,<br><br>      v.<br><br>ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>                              Respondent. | Case No. CV F-92-5471 LJO<br>**Death Penalty Case**<br><br>**STIPULATED ORDER** |

      The parties, Petitioner, Ronald L. Sanders, and Respondent, Robert L. Ayers, Warden, by their undersigned attorneys, agree to and propose the following order and respectfully request that this Court enter an order adopting and approving it.

///

///

///

///

///

///

Stipulated Order

1

IT IS HEREBY ORDERED that this Court's order for production of documents to Respondent dated September 12 2008 (Doc. 288) shall include all **testing data** retained by Nell Riley, Ph.D., for Petitioner, Ronald L. Sanders.

Dated:  October 3, 2008

Respectfully Submitted,

NINA RIVKIND, Ca. Bar No. 79173
nrivkind@aol.com
P.O. Box 5273
Berkeley, CA 94705
Tel: (510) 548-3217

Attorneys for Petitioner
RONALD L. SANDERS


EDMUND G. BROWN JR.
Attorney General of the State of California



Supervising Deputy Attorney General

Attorneys for Respondent
WARDEN OF SAN QUENTIN STATE PRISON

## ORDER

SO ORDERED.

Dated: October 6, 2008

LAWRENCE J. O'NEILL
Judge of the United States District Court

Sanders- Proposed Order[1].wpd
SA1991NW0001

Stipulated Order

2