UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>            Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., Warden<br>of San Quentin State Prison,<br><br>            Respondent. | ) Case No. 1:92-CV-5471-LJO<br>)<br>)<br>) DEATH PENALTY CASE<br>)<br>)<br>) Order Directing Payment of Fact<br>) Witness Fees and Travel Expenses<br>) by United States Marshal<br>)<br>) |

This matter arises from the remand of Petitioner Ronald L. Sanders' case for an evidentiary hearing. *Sanders v. Brown*, 171 Fed. Appx. 588 (9th Cir. 2006). The evidentiary hearing is scheduled to begin October 28, 2008, and Petitioner has subpoenaed five fact witnesses to appear at the hearing: Roger Sanders, Steven Sanders, Suzanne Williams, Bobby Sanders, and Roger Ruby. Counsel for Petitioner has informed the Court that three of these witnesses, Roger Sanders of Virginia, Minnesota; Donald Steven Sanders of Gardnerville, Nevada; and Roger Ruby of Elko, Nevada; reside outside of California, and will require advance payment for their transportation to the hearing.

The United States Marshal is DIRECTED to pay fees and expenses under 28 U.S.C. § 1825 for the fact witnesses at the scheduled evidentiary hearing, and

1  to make airline reservations necessary for the out-of-state witnesses to attend.
2  IT IS SO ORDERED.

4  DATED:    October 16, 2008

                                                           /s/ Oliver W. Wanger
                                              United States District Judge