Eric E. Jorstad, Minn. Bar No. 216987
P.O. Box 1219
Minnetonka, MN  55345
Tel:  (952) 846- 7488

Nina Rivkind, Cal. Bar No. 79173
P.O. Box 5273
Berkeley, CA  94705
Tel: (510) 548-3217

Attorneys for Petitioner
RONALD L. SANDERS
C-44101
San Quentin State Prison
San Quentin, CA  94974

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS, ) | NO.  CIV. F-92-5471-LJO |
| ) | **DEATH PENALTY CASE** |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT L. AYERS, JR., ) | |
| Warden, San Quentin State ) | |
| Prison, ) | |
| ) | |
| Respondent. | |

**ORDER GRANTING**
**PETITIONER'S MOTION TO EXPAND RECORD**

Comes now before the Court Petitioner's Motion to Expand the Record in connection with Phase One of the evidentiary hearing ordered by the Court. In open court at the commencement of the evidentiary hearing, October 28, 2008, counsel for Petitioner submitted both orally and in written form

PETITIONER'S PROPOSED ORDER FOR MOTION FOR MOTION TO EXPAND THE RECORD

1

1  Petitioner's Motion to Expand the Record, with its attached Exhibit A providing
2  a detailed index to the exhibits to be received, and copies of all such exhibits.
3  The exhibits Petitioner seeks to be included in the record are: Exhibits 2, 10, 11,
4  13 – 18, 20 – 23, 24, 25, 28, 30 – 36, and 56 –133.  Counsel for Respondent
5  indicated that, to the extent the documents were not being offered for the truth
6  of the matter asserted but merely as a basis for the experts' opinion, he did not
7  object to Petitioner's motion.  The Court granted the motion orally at the
8  evidentiary hearing.
9      Subsequently, upon request by the Court, counsel for Petitioner filed
10 Petitioner's Motion to Expand the Record, on November 12, 2008.
11     Based on the record made by counsel in Court on October 28, 2008, and
12 all the files and proceedings herein, the Court hereby states in written form that
13 Petitioner's Motion to Expand the Record is GRANTED.
14 IT IS SO ORDERED.

16 DATED:   December 1, 2008            /s/  Lawrence J. O'Neill
                                         United States District Judge

1

2  *Submitted by:*

3  Dated: November 18, 2008         ERIC JORSTAD

4

5                                    /s/ Eric E. Jorstad
                                     Eric E. Jorstad, MN Atty #216987, *pro hac vice*
                                     eric.jorstad@yahoo.com
6                                    P.O. Box 1219
                                     Minnetonka, MN  55345
7                                    Telephone:  (952) 846-7488

8                                    /s/ Nina Rivkind
                                     Nina Rivkind, Cal. Bar No. 79173
                                     nrivkind@aol.com
9                                    P.O. Box 5273
                                     Berkeley, CA  94705
10                                   Tel:  (510) 548-3217

11                                   Attorneys for Petitioner

12

13

14

15

16

17

18

19

20

21

22

23

PETITIONER'S PROPOSED ORDER FOR MOTION FOR MOTION TO EXPAND THE RECORD

3