UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE SANDERS,<br><br>               Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr., Warden of<br>San Quentin State Prison,<br><br>               Respondent. | Case No. 1:92-CV-05471-LJO-P<br><br>Death Penalty Case<br><br>Order Directing Payment of<br>Transcript by United States Marshal |

This matter came before the Court by evidentiary hearing previously ordered on remand from the Ninth Circuit March 16, 2006, on behalf of Petitioner Ronald Lee Sanders ("Sanders"). The evidentiary hearing was conducted October 28 through 30, and November 3, 2008. Sanders was represented at the hearing by his appointed counsel of record, Eric E. Jorstad and Nina Rivkind, and Respondent Robert L. Ayers, Jr. ("the Warden") was represented by Deputy Attorney General F. Brian Alvarez. The evidentiary hearing was reported by court reporters Peggy Crawford, and Colette Kaluza, RPR, CSR, 786 East Dovewood Lane, Fresno, California, 93710.

The Court authorizes the court reporters to provide the original transcript of the evidentiary hearing to counsel for Sanders. Sanders has been determined to be indigent and has been represented by an attorney appointed pursuant to 18 U.S.C. § 3599(a)(2),

1  and previous statute 21 U.S.C. § 848(q)(4)(B), since March 2, 1993.

2      The United States Marshal is directed to pay the costs for the reporter's fees and
3  original and one copy of the transcript pursuant to 28 U.S.C. § 1825 upon receipt of the
4  bill.

6  IT IS SO ORDERED.

8  DATED:   December 2, 2008

9                  /s/ Lawrence J. O'Neill
10                 United States District Judge