

FILED
DEC 05 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE SANDERS,<br><br>           Petitioner,<br><br>    vs.<br><br>ROBERT L. AYERS, JR., Warden<br>of San Quentin State Prison,<br><br>           Respondent. | Case No. 1:92-CV-5471-LJO<br><br>DEATH PENALTY CASE<br><br>Order Directing Payment of Fact<br>Witness Fees and Travel Expenses<br>by United States Marshal |

This matter arises from the remand of Petitioner Ronald Sanders' case for an evidentiary hearing. *Sanders v. Brown*, 171 Fed. Appx. 588 (9th Cir. 2006). The evidentiary hearing was held October 28 through November 3, 2008, and Petitioner subpoenaed six fact witnesses who appeared at the hearing: Roger Sanders, Steven Sanders, Suzanne Williams, Bobby Sanders, Roger Ruby and Frank Hoover. A prior order directing payment of fact witness fees and expenses was issued October 20, 2008, but it inadvertantly omitted Mr. Hoover.

The United States Marshal is DIRECTED to pay fees and expenses under 28 U.S.C. § 1825 for Mr. Hoover's appearance at the evidentiary hearing.

IT IS SO ORDERED.

DATED: Dec 5, 2008

_____
LAWRENCE J. O'NEILL
United States District Judge