UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE SANDERS,<br><br>        Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., Warden<br>of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:92-CV-5471-LJO<br><br><u>DEATH PENALTY CASE</u><br><br>Order Authorizing Payment of<br>Rental Car Expense by <u>United<br>States Marshal</u> |

This matter arises from the remand of Petitioner Ronald Sanders' case for an evidentiary hearing. *Sanders v. Brown*, 171 Fed. Appx. 588 (9th Cir. 2006). The evidentiary hearing was held October 28 through November 3, 2008, and Petitioner subpoenaed six fact witnesses who appeared at the hearing: Roger Sanders, Steven Sanders, Suzanne Williams, Bobby Sanders, Roger Ruby and Frank Hoover. A prior order, issued October 20, 2008, directed the payment of fact witness fees and expenses.

Mr. Ruby rented a car in order to attend the hearing. The Court has been informed by the Marshal's Office that, except for unusual circumstances, rental car expenses are typically not approved. In this case, Mr. Ruby lives in Elko, Nevada, a remote area with limited flight availability, and the cost of renting a

car is significantly less than the cost of airfare or mileage reimbursement. In light of the savings to the Treasury, Mr. Ruby's rental car expense is approved.

The United States Marshal is DIRECTED to reimburse Mr. Ruby for the rental car expense under 28 U.S.C. § 1825.

IT IS SO ORDERED.

DATED:   December 10, 2008

                                       /s/ Lawrence J. O'Neill
                                United States District Judge