UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE SANDERS,<br><br>            Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., Warden<br>of San Quentin State Prison,<br><br>            Respondent. | Case No. 1:92-CV-5471-LJO<br><br><u>DEATH PENALTY CASE</u><br><br>Order Vacating Order Issued<br>December 10, 2008, Authorizing<br>Payment of Rental Car Expense by<br><u>United States Marshal</u> |

      This matter arises from the remand of Petitioner Ronald Sanders' case for an evidentiary hearing. *Sanders v. Brown*, 171 Fed. Appx. 588 (9th Cir. 2006). The evidentiary hearing was held October 28 through November 3, 2008, and Petitioner subpoenaed six fact witnesses who appeared at the hearing: Roger Sanders, Steven Sanders, Suzanne Williams, Bobby Sanders, Roger Ruby and Frank Hoover. Two prior orders were issued regarding Mr. Ruby, one October 20, 2008 directing the payment of his fact witness fees and expenses, and one December 10, 2008, authorizing payment of his rental car expense.

      It was represented to the Court that Mr. Ruby rented a car instead of incurring the cost of airfare to Fresno. That was not the case, as airfare was obtained for Mr. Ruby to attend the hearing. In light of that circumstance, the

1 Court is informed that rental car expense cannot be approved.

2 The December 10, 2008, order directing the United States Marshal to
3 reimburse Mr. Ruby for the rental car expense is VACATED.

5 IT IS SO ORDERED.

7 DATED:   December 11, 2008

8                                                         /s/ Lawrence J. O'Neill
9                                                 United States District Judge

ODOJPayRentalCarExpSnd                    2