FILED

FEB 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS, | NO. CIV. F-92-5471-LJO |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| ROBERT L. AYERS, JR., ACTING WARDEN, San Quentin State Prison, | |
| Respondent. | |

## STIPULATED ORDER FOR EXTENSION OF TIME FOR SIMULTANEOUS FILING OF THE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

The parties, petitioner Ronald L. Sanders, and respondent, Robert L. Ayers, Warden, by their undersigned attorneys, agree to and propose that the current date for the filing of their respective proposed findings of fact and conclusions of law, March 13, 2009, be extended to and including April 10, 2009, and that the current date for the filing of their respective replies, April 17, 2009, be extended to and including May 15, 2009. See Minutes filed November 4, 2008 (Doc. No. 297). This stipulation is agreed upon in light of recent developments regarding the developmentally disabled son of counsel for petitioner that require her substantial and immediate attention.

| | |
|---|---|
| Dated: February 11, 2009 | Eric Jorstad, Minn. Bar No. 216987<br>Pro hac vice<br>eric.jorstad@yahoo.com<br>P.O. Box 1219<br>Minnetonka, MN 55345<br>Tel: (952) 846-7488 |
| | *[signature]*<br>Nina Rivkind, Cal. Bar No. 79173<br>nrivkind@aol.com<br>P.O. Box 5273<br>Berkeley, CA 94705<br>Tel: (510) 548-3217 |
| | Attorneys for Petitioner |
| Dated: February ___, 2009 | CALIFORNIA ATTORNEY GENERAL<br><br>*[signature]*<br>Brian Alvarez, Cal. Bar No. 178036<br>brian.alvarez@doj.ca.gov<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Tel: (916) 324-5244 |
| | Attorneys for Respondent |

SO ORDERED. Good Cause is evident.

Dated: February 18, 2009

*[signature]*
LAWRENCE J. O'NEILL
Judge of the United States District Court