UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>ROBERT WONG, Acting Warden<br>of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:92-cv-05471-LJO<br><br>DEATH PENALTY CASE<br><br>Order Granting Petitioner's<br>Supplemental Motion to Expand<br>the Record (Doc. 318) |

　　　　Petitioner Ronald L. Sanders ("Sanders") filed a motion to expand the record April 10, 2009, concurrently with his post-evidentiary hearing brief. Respondent Robert Wong ("the Warden") filed an opposition to the motion to expand the record April 24, 2009.

　　　　Sanders moved to expand the record at the start of the evidentiary hearing with various documents relevant to the hearing. Some of the documents were fully admitted into the record, such as the declarations admitted as direct testimony for the hearing where the witness was available for cross-examination.

_____

* Robert Wong is substituted for his predecessor as Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

Other documents were admitted as part of the historical record in the case and assumed true for the purposes of this phase of the evidentiary hearing, other documents were received but not offered for the truth of the matter asserted as part of the basis for an expert's opinion, and other documents submitted as reliable, with sufficient indicia to support admission for the hearing, such as public records.  Since Sanders was not offering certain witness declarations not subject to cross-examination, for the truth of the matter asserted but merely as a basis for the experts' opinion, the Warden did not object to the expansion of the record.  The motion was granted during the hearing and an order reflecting that ruling was issued December 2, 2008.

Sanders seeks to supplement the record with additional documents that were inadvertently omitted from the motion granted at the evidentiary hearing. Specifically, Sanders seeks expansion of the record with the August 17, 2007, deposition transcript of Ima Salie, the October 19, 1994 declaration of Robert Cook, Esq., the October 10, 1994 declaration of Arlene Fangmeyer, and the death certificates of Arlene Fangmeyer, Marian Ann Beadle (aka Marian Sanders), and Dr. Francis A. Matychowiak.  Sanders indicates the deposition transcript and the declarations should be designated as historical documents which are presumed true for this phase of the evidentiary hearing, and the death certificates designated as reliable, as they are public records with sufficient indicia of reliability for these proceedings.

The Warden objects to expansion of the record with any belated declaration not subject to cross-examination as hearsay, and requests that if they are admitted, it be with the understanding they are not admitted for the truth of the matter asserted but only as a basis for an expert opinion.  Further, if they are admitted, the Warden reserves the right to object to their admission at phase two

of the evidentiary hearing.  The Warden does not object to the admission of Ima Salie's deposition transcript, to the extent that it is relied on by Sanders' experts. The Warden objects to the admission of the death certificate of Marian Beadle, as Sanders failed to lay any foundation showing Marian Beadle is Marian Sanders. The Warden does not object to the admission of certified death certificates for Arlene Fangmeyer and Dr. Matychowiak, to the extent they are referenced by expert Julie Kriegler.

Sanders' supplemental motion to expand the record is GRANTED under the same restrictions as imposed on the prior motion.  The deposition transcript is fully admitted, the declarations are received as part of the basis for an expert's opinion but not offered for the truth of the matter asserted, and the public records have sufficient indicia of reliability for these proceedings.  Comparison of the proffered death certificate of Marian Ann Beadle with the Marriage License for Ronald Lee Sanders and Marian Ann Robertson (Sanders' Exhibit 112) shows enough similarity between Marian Beadle and Marian Robertson Sanders (same first and middle names, same month and day of birth, son's last name listed as Robertson) for admission of the death certificate.

IT IS SO ORDERED.

DATED:     July 17, 2009

                                            /s/ Lawrence J. O'Neill    
                                           United States District Judge