# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 1:92-cv-05471-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL EX PARTE<br><br>(ECF No. 348) |

On January 30, 2015, Petitioner's counsel filed notice of a request to file, ex parte and under seal, a motion relating to Court appointed counsel. The Court has reviewed the request and the motion.

For good cause shown, Petitioner's request is GRANTED such that the Clerk of the Court is directed to file under seal, Petitioner's request to file a sealed motion ex parte totaling three (3) pages, and Petitioner's motion relating to appointed counsel totaling nine (9) pages.

IT IS SO ORDERED.

Dated: __January 30, 2015__　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1