# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS, | Case No. 1:92-cv-05471-LJO-SAB |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER REGARDING APPOINTED COUNSEL |
| ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin, | |
| Respondent. | |

On February 2, 2015, the Court ordered that the request and motion by Petitioner's second counsel, Nina Rivkind, relating to withdrawal of Petitioner's lead counsel, Eric E. Jorstad, be filed ex parte and under seal. The Court has reviewed the sealed request and motion. Counsel for Petitioner are admonished regarding untimely advisement of matters germane to appointment and such matters should be noticed earlier rather than later so as to not delay the progression of the case.

For good cause shown, it is HEREBY ORDERED that:

1. The application for withdrawal of Mr. Jorstad as appointed lead counsel for Petitioner is GRANTED. Mr. Jorstad will need to make arrangements to transfer the case files and records from this case to Ms. Rivkind;

2. Ms. Rivkind shall continue to represent Petitioner in this proceeding, however

1

as of the filed date of this order she is appointed to lead counsel;

3. Petitioner has not demonstrated a present need for a case management conference and that request is DENIED without prejudice; and

4. The scheduled dates provided in the Court's January 20, 2015 order directing supplemental briefing (ECF No. 346) continue in full force.

IT IS SO ORDERED.

Dated: **February 24, 2015**

UNITED STATES MAGISTRATE JUDGE