# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:92-cv-05471-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S SUPPLEMENTAL BRIEF<br><br>(ECF No. 361) |

    Before the Court is a motion by Petitioner, through counsel Nina Rivkind, to extend the deadline for filing a reply to Respondent's supplemental brief from the current June 18, 2015 to July 6, 2015. Ms. Rivkind states the extension of time is necessary due to delay in receiving Respondent's brief and unanticipated responsibilities in other matters. Ms. Rivkind represents that counsel for Respondent does not object to the requested extension.

    Accordingly, for good cause shown, it is HEREBY ORDERED that Petitioner's motion for extension of time (ECF No. 361) is GRANTED such that a reply to Respondent's supplemental brief shall be filed by not later than July 6, 2015. The January 20, 2015 order

1 | directing supplemental briefing (ECF No. 346) shall otherwise continue in full force.

IT IS SO ORDERED.

Dated:    **June 10, 2015**

UNITED STATES MAGISTRATE JUDGE