# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No.  1:92-cv-05471-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER (1) GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL AND (2) SCHEDULING BRIEFING<br><br>(Doc. No. 382) |

    On August 19, 2016, petitioner's counsel filed notice of a request to file under seal (1) the request and (2) her declaration in support of petitioner's motion for second extension of time to file his reply brief pursuant to the court's January 12, 2016 order directing supplemental briefing.  The Court has reviewed the sealing request and declaration of counsel.  Respondent has not opposed the noticed request and the time for doing so has passed.  *See* Local Rule 141(c).

    Accordingly, for good cause shown:

1. Petitioner's request to file counsel's declaration under seal (*see* Doc. No. 382) is GRANTED and the Clerk of the Court is directed to file under seal the noted request to seal totaling two (2) pages and the noted declaration of counsel totaling three (3) pages, and to serve these sealed documents upon only counsel for petitioner and respondent,

2. Respondent shall file any opposition to petitioner's motion for second extension

of time (Doc. No. 381) not later than five (5) days following the filed date of this order. If the opposition discusses the contents of the documents sealed hereunder then the opposition shall be filed under seal, and

3. Petitioner shall file any reply to the opposition not later than three (3) days following the filed date of the opposition. If the reply discusses the contents of the documents sealed hereunder then it also shall be filed under seal.

IT IS SO ORDERED.

Dated:   **August 26, 2016**

UNITED STATES MAGISTRATE JUDGE