# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SANDERS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:92-cv-05471-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING REQUEST TO FILE DOCUMENT EX PARTE AND UNDER SEAL<br><br>(Doc. No. 391) |

On October 31, 2016, petitioner's counsel filed notice of a request to file, ex parte and under seal, a document that relates solely to the services of counsel for petitioner. The court has reviewed the request and the noted document. A review of the docket reflects the document was filed as a sealed event on October 31, 2016.

For good cause shown, petitioner's request is GRANTED, such that the document totaling three (3) pages (*see* Doc. No. 392) shall remain sealed and not served on respondent.

IT IS SO ORDERED.

Dated:　**November 2, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1